

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-15-00187-CV
_____

IN THE INTEREST OF D.D., J.M., E.M., S.M., A.M.,
A.M., B.M., R.M., G.M., CHILDREN

On Appeal from the 286th District Court
Hockley County, Texas
Trial Court No. 13-10-23657, Honorable Pat Phelan, Presiding

May 13, 2015

## ON MOTION TO DISMISS

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, S.M.,[1] filed notice of appeal of the trial court's order terminating her parental rights to eight of her children.[2] Pending before the Court is appellant's motion to dismiss her appeal. The motion includes a certificate of conference indicating the Texas Department of Family and Protective Services is not opposed to the motion. The motion to dismiss is granted and the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1).

---

[1] See TEX. R. APP. P. 9.8 (protection of minor's identity in parental-rights termination cases).

[2] The order also names appellant and the father of another child, D.D., as possessory conservators of that child.

Having dismissed the appeal at appellant's request, we will not entertain a motion for rehearing and our mandate will issue forthwith. *See* TEX. R. APP. P. 42.1(a)(1).  The Court makes no order as to costs.


James T. Campbell
Justice